FAEGRE DRINKER BIDDLE & REATH LLP
PAUL A. ROSENTHAL (SBN 338994)
paul.rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: +1 973 549 7030
Facsimile: +1 973 360 9831

RACHEL A. BECK (SBN 284984)
rachel.beck@faegredrinker.com
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: +1 202 230 5000
Facsimile: +1 202 842 8465

*Attorneys for Defendant Now Optics, LLC d/b/a Stanton Optical*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUCIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOW OPTICS, LLC D/B/A STANTON OPTICAL,<br><br>Defendant. | Case No. 1:26-cv-04442-KES-FJS<br><br>STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT |

Plaintiff David Lucio ("Plaintiff") and Defendant Now Optics, LLC d/b/a Stanton Optical ("Now Optics"), by and through their undersigned counsel, hereby jointly stipulate and respectfully request that the Court extend the time for filing of Now Optics' response to Plaintiff's Class Action Complaint based on the following:

WHEREAS, on June 9, 2026, Plaintiff filed a Class Action Complaint, Dkt. No. 1 (the "Complaint");

WHEREAS, on June 10, 2026, Plaintiff sent Now Optics a request to waive service of the Summons and Complaint which Now Optics executed and which set the original deadline to file an answer, motion, or other response as Monday, August 10, 2026, Dkt. No. 7;

WHEREAS, on August 3, 2026, the parties filed a stipulation consistent with Local Rule 144 extending Now Optics' deadline to respond to the Complaint by twenty-eight (28) days, from August 10, 2026 to September 8, 2026, Dkt. No. 8;

WHEREAS, Plaintiff and Now Optics have engaged in substantive discussions concerning Plaintiff's factual allegations and informally exchanged information in hopes of potentially limiting or avoiding the need for motion practice in response to the Complaint;

WHEREAS, to allow additional time for the Parties to each obtain and exchange additional records that might mitigate the need for motion practice or limit the claims at issue in the case, the Parties respectfully request that Now Optics' deadline be extended by an additional thirty (30) days, up to and including October 8, 2026, to file its answer, motion, or other response to the Complaint;

WHEREAS, by entering into this Stipulation, Now Optics does not waive, and hereby preserves, any and all defenses, objections, and motions available to it under federal or state law, including without limitation any defenses that it may raise under Federal Rule of Civil Procedure 12;

THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by and between the Parties that Now Optics' deadline for any Answer, motion, or other response to the operative complaint in this lawsuit be extended by an additional thirty (30) days, up to and including October 8, 2026.

Dated: September 1, 2026

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Paul A. Rosenthal*
Paul A. Rosenthal

Attorney for Defendant
NOW OPTICS, LLC D/B/A STANTON OPTICAL

Dated: September 1, 2026

EDELSBERG LAW, P.A.

By: */s/ Scott Edelsberg*
Scott Edelsberg

Attorney for Plaintiff
DAVID LUCIO

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 1, 2026

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal

ORDER

Having reviewed the above stipulation of the parties, and good cause appearing, this court hereby ORDERS as follows:

Now Optics' deadline for any answer, motion, or other response to the operative complaint in this lawsuit shall be extended by an additional thirty (30) days, up to and including October 8, 2026.

IT IS SO ORDERED.

Dated: **September 4, 2026**

UNITED STATES MAGISTRATE JUDGE