UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUCIO *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NOW OPTICS, LLC,<br><br>Defendant. | Case No. 1:26-cv-04442-KES-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On June 9, 2026, Plaintiffs commenced this action. (ECF No. 1.) On September 22, 2026, Plaintiffs filed their first amended complaint. (ECF No. 11.) To date, Defendant has not filed responsive pleadings. Generally, the court will not hold an initial scheduling conference with a defendant who has not filed responsive pleadings.

Accordingly, the scheduling conference currently set for October 13, 2026, is continued to December 8, 2026, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 7, 2026**

UNITED STATES MAGISTRATE JUDGE